MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

DOWNS, Kevin James                                Crim. No.: 10-CR-20023-01

On October 23, 2017, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on November 30, 2017, and the Court made the following findings:

__X__ Guilty of violating conditions of supervision (violations numbers 1 and 3). The following special conditions of supervision are added:

"As a condition of supervised release, the defendant shall be placed at a Residential Reentry Center (RRC) for 60 days. While at the facility, the defendant shall abide by all rules and regulations of the facility. Subsistence is waived."

"The Court will terminate supervised release early once the defendant successfully completes the 60-day placement in the RRC."

Respectfully submitted,

s/Russell W. LaForet  
Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 7th Day of December, 2017.

Hon. George Caram Steeh  
United States District Judge